1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID GRIFFIN,                          No.  2:13-cv-2660 AC P

12                    Petitioner,

13          v.                                 ORDER

14    CONNIE GIPSON,

15                    Respondent.

16

17          Examination of this action and the court's records reveals that the petitioner has

18    previously filed a petition for relief in the same matter.  (No. 2:13-2516 GGH P).  Pursuant to

19    Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who is

20    considering the prior petition.

21          The parties should be aware that reassigning this action under Local Rule 190(d) merely

22    has the result that the action is assigned to the Magistrate Judge who considered (or, in this case,

23    is considering) the prior petition; no consolidation of the actions is effected.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1. This action is reassigned to Magistrate Judge Gregory G. Hollows for all further

26    proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:

27    13-2660 GGH P; and

28    ////

1

1     2.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil

2    cases to compensate for this reassignment.

3    DATED: January 3, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE